FILED
CLERK, U.S. DISTRICT COURT
JUL 2 0 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KAITLYN McCLINTOCK, <br> Defendant. | Case No. 15-176-AB <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 31.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

## I.

On June 23, 2015, Defendant Kaitlyn McClintock appeared before the Court for initial appearance re revocation of supervised release and post indictment arraignment in the above-referenced matter. Pursuant to defendant's request, a detention hearing was scheduled for July 21, 2015 and defendant was remanded to the custody of the U.S. Marshal pending the continued detention hearing. On July 20, 2015, defendant waived her request for a detention hearing. See Docket 54.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Lack of bail resources
- ☐ Refusal to interview with Pretrial Services
- ☒ No stable residence or employment
- ☒ Previous failure to appear or violations of probation, parole, or release
- ☐ Ties to foreign countries
- ☒ Allegations in petition
- ☐ IMMIGRATION STATUS

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☒ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐ Currently on probation for possession of controlled substance for sale

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: July 20, 2015

                                          / s /
                            HON. ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE